UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHENGWEI WANG,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC.<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 5:14-cv-03418-JLS**<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Richard J. Perr* | */s/ Craig Thor Kimmel* |
| Richard J. Perr, Esquire | Craig Thor Kimmel, Esquire |
| Fineman, Krekstein & Harris, P.C. | Kimmel & Silverman, P.C. |
| BNY Mellon Center | 30 East Butler Pike |
| 1735 Market Street, Ste. 600 | Ambler, PA 19002 |
| Philadelphia, PA 19103 | Phone: (215) 540-8888 |
| Phone: (215) 893-8724 | Fax: (877) 788-2864 |
| Fax: (215) 893-8719 | Email: kimmel@creditlaw.com |
| Email: RPerr@finemanlawfirm.com | |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: January 5, 2015 | Date: January 5, 2015 |

BY THE COURT:

_____
　　　　　　　　　　　　　　J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 5th day of January, 2015:

Richard J. Perr, Esquire
Fineman, Krekstein & Harris, P.C.
BNY Mellon Center
1735 Market Street, Ste. 600
Philadelphia, PA 19103
Email: RPerr@finemanlawfirm.com

                                           */s/ Craig Thor Kimmel*
                                           Craig Thor Kimmel, Esquire
                                           Kimmel & Silverman, P.C.
                                           30 East Butler Pike
                                           Ambler, PA 19002
                                           Phone: (215) 540-8888
                                           Fax: (877) 788-2864
                                           Email: kimmel@creditlaw.com
                                           Attorney for the Plaintiff